H. H. BUCKMAN, APPELLANT, VS. WILLIAM SCHULTZ, JR.,
APPELLEE.

Appeal from Circuit Court Duval county.

*H. H. Buckman*, for Appellant.

No appearance for Appellee.

The bill in this case was filed by the appellee against the appellant and Courtland Buckman and Mamie A. Buckman, his wife. There was decree for the complainant and the defendant H. H. Buckman, appeals.

Appeal dismissed because no citation has been served or appearance entered.

---

CHARLES A. CLARK, APPELLANT, VS. FRANCIS J. PONS,
APPELLEE.

Appeal from Circuit Court Duval county.

*A. W. Cockrell & Son*, for Appellant.

*John E. Hartridge*, for Appellee.

The bill in this case was filed by the appellee against the appellant. There was decree for the complainant and the defendant appeals. The decree is affirmed.

Decision Per Curiam.